AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Hardy Carroll Lloyd | ) Case No. 09-617M |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __05/27/2009__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant violated __18__ U. S. C. § __922(g)(1)__, an offense described as follows:

The defendant having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, namely, the offense of firearms not to be carried without a license, in the Court of Common Pleas of Allegheny County, Pennsylvania at CC# 200505380, on or about November 3, 2006, did knowingly possess, in and affecting commerce, the following firearms: Bersa Thunder, .380 caliber pistol, serial #959068; Bersa Thunder, 9mm pistol, serial #826798; Saiga, 12 gauge shotgun, serial #08437561; Remington 870 shotgun, serial #AB519881M; Marlin .357 Magnum rifle, serial #92052215; Ruger .22 rifle, serial #35342971; Ruger .357 caliber revolver, serial #17556065; Ruger .357 caliber revolver, serial #57375871; Bond Arms .45 caliber Derringer, serial #36544; Bersa Thunder .380 caliber pistol, serial #965223; and ammunition.

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregory Heeb, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/23/2009__

_____
Judge's signature

City and state: __Pittsburgh, Pennsylvania__      Honorable Lisa Pupo Lenihan, U.S. Mag. Judge
_Printed name and title_