IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Magistrate No.   09-617M

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gregory A. Heeb, being duly sworn, depose and state:

## I. Introduction

1.      I am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been so employed since September 2008.  I am currently assigned to the FBI's Pittsburgh Division, where I investigate Domestic Terrorism matters.  I am also an attorney duly licensed to practice law in the State of New York.  As such, I have prosecuted several criminal cases in the State of New York Unified Court System.

2.      This affidavit is being submitted in support of a Criminal Complaint against the defendant, HARDY CARROLL LLOYD.

3.      Based upon my training and experience, I know that in accordance with Title 18, United States Code, Section 922(g)(1), it is unlawful for any person who has been convicted in any court of a crime punishable by a term of imprisonment exceeding one (1) year to possess a firearm which has traveled in interstate commerce.  The above terms are defined in Title 18, USC, Section 921, entitled, "Definitions."

4.      I am familiar with the facts and circumstances set forth in this affidavit as a result of my participation in this investigation, my review of law enforcement reports, conversations with law enforcement officers, and other sources of information identified herein.

## II. Probable Cause

5.      On November 20, 2009, I conducted a check of the National Crime Information Center (NCIC) and received a Computerized Criminal History relative to LLOYD. Based on information contained in LLOYD's Computerized Criminal History, I conducted a check of the Pennsylvania Unified Judicial System (PUJS) and received court dockets relative LLOYD's Allegheny County, PA, criminal conviction.

6.      According to the Court of Common Pleas of Allegheny County Criminal Court Docket No. CP-02-CR-0005380-2005, LLOYD was convicted in the Court of Common Pleas of Pennsylvania on November 3, 2006, for one (1) count of carrying a firearm without a license in violation of Chapter 61, Subchapter A of the Pennsylvania Crimes Code, 18 Pa.CS § 6106, entitled, "Firearms not to be carried without a license."

7.      According to information contained in said Criminal Court Docket, LLOYD was sentenced on January 16, 2007, by Allegheny Court of Common Pleas Judge Lawrence J. O'Toole to a term of eleven and a half (11 ½) to twenty-three (23) months in jail, followed by three (3) years of probation, as a result of his conviction. LLOYD was credited with time served for the period August 7, 2004, through and including November 6, 2006. He was released on parole on November 6, 2006. LLOYD's probation began on January 16, 2007, and is set to expire on January 16, 2010.

8.      According to an Application and Affidavit for Search Warrant drafted by SA J. Wallace Young, on April 6, 2009, SA Young of the FBI received an email communication from SA Geoffrey McGuire of the FBI, West Virginia Joint Terrorism Task Force (JTTF), which contained a copy of an email drafted by HARDY LLOYD. LLOYD's email was posted on the website

2

www.hardvllovd.com.   The email indicated support of Richard Poplawski, who was arrested in connection with a shootout that took place with Pittsburgh Police on April 4, 2009, resulting in the deaths of three (3) police officers.  In addition to the statements in support of Poplawski, the email contained statements indicating the writer may be prone to the same violent actions as Poplawski. Specifically, the email contained the following statements: "we are meant to kill and die"; "Being a racist and a revolutionary means you suffer and make others suffer...!"; "DEATH TO ALL WHITE PEOPLE AND ANGLO-SAXONS!!"; "FOLLOW MY WOLF PHILOSOPHY AS RICHARD DID!!"

9.    According to said Application and Affidavit, on May 14, 2009, SA Young met with SA Ignace Ertilus, a computer specialist who is assigned to the Cyber Squad of the Pittsburgh FBI, to access the website, www.hardvllovd.com and view the section entitled, "Hardy Lloyd's Blog: Guns." Contained within said section, SAs Young and Ertilus observed an image of a shotgun.  The following text was posted directly above the image: "07 May, 2009," "The best gun I ever used!! No revolvers needed, babe!!" A detailed description of the firearm, including exact manufacturer's specifications, were listed below the image.  The final sentence in the narrative stated, "Posted by Hardy Lloyd at 15:12."

10.   According to said Application and Affidavit, on May 18, 2009, SA Young met with Alan Pelton, Supervisor, South Hills Adult Probation Center, 809 Bingham Street, Pittsburgh, PA, who located the same image viewed by SA Young on May 14, 2009, on the website, www.hardvllovd.com.   Pelton advised the image of the rifle indicated a reasonable suspicion that LLOYD may be in violation of his probation agreement and that a search of his residence to determine

3

if he was in compliance was warranted.

11.    According to SA Young, he accompanied officers of the Allegheny County Adult Probation Center on a search of Lloyd's residence located at 21 McMunn Avenue, Apartment No. 2, Crafton, PA 15205, on May 27, 2009.

12.    According to information received from SA Young and detailed in his Application and Affidavit for Search Warrant, a total of ten (10) firearms were recovered in the search of Lloyd's residence. Two (2) handguns were located in the bedroom of the residence. One of the handguns, a Bersa Thunder .380 caliber pistol, serial no. 959068, was located in plain view on top of the nightstand located on the left side of the bed. The handgun was fully loaded and there was a round in the chamber. A second fully loaded handgun, a Bersa Thunder 9mm pistol, serial no. 826798, was located beneath a pillow on the right side of the bed. There was also a round contained in the chamber. One (1) Saiga 12 gauge shotgun, serial no. 08437561, was located under the sheets in the middle of the bed. The shotgun was loaded with a thirteen (13)-round magazine. One (1) Remington 870 shotgun, serial no. AB519SS1M, and one (1) Marlin .357 Magnum rifle, serial no. 92052215, were located in a case under the bed. One (1) Ruger .22 rifle, serial No. 35342971, was recovered from a closet in the bedroom. Three (3) handguns, a Ruger .357 caliber revolver, serial no. 17556065; a Ruger .357 caliber revolver, serial no. 57375871; and a Bond Arms .45 caliber Derringer, serial no. 36544, were located in a safe in the bedroom closet. One (1) Bersa Thunder .380 caliber pistol, serial No. 965223, was located in a cupboard in the kitchen of LLOYD's residence. It was located among food items.

13.    Numerous rounds of varying caliber ammunition were located in boxes, loaded into weapons, and loose throughout LLOYD's residence. All firearms, magazines, and ammunition were

4

seized by probation officers and transported to the probation office for securing.

14.    Based on the foregoing information, I submit that probable cause exists to believe that on May 27, 2009, within the Western District of Pennsylvania, and within the jurisdiction of the United States of America, HARDY CARROLL LLOYD, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did possess a firearm which had been shipped in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

The above information is true and correct to the best of my knowledge, information and belief.

GREGORY A. HEEB
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _23rd_ DAY

OF _November_ , 2009

UNITED STATES MAGISTRATE JUDGE