IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 09-320 |
| v. | ) [UNDER SEAL] |
| | ) (18 U.S.C. §§ 922(g)(1)) |
| HARDY CARROLL LLOYD | ) |

FILED 2009 DEC -1 PM 12:57 CLERK U S DISTRICT COURT

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 27, 2009, in the Western District of Pennsylvania, the defendant, HARDY CARROLL LLOYD, after having been convicted on or about November 3, 2006, in the Court of Common Pleas of Allegheny County, Pennsylvania, at CC #200505380, of the crime of firearms not to be carried without a license, which is a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce the following firearms: Bersa Thunder, .380 caliber pistol; Bersa Thunder, 9mm pistol; Saiga, 12 gauge shotgun; Remington 870 shotgun; Marlin .357 Magnum rifle; Ruger .22 rifle; Ruger .357 caliber revolver; Ruger .357 caliber revolver; Bond Arms .45 caliber Derringer; Bersa Thunder .350 caliber pistol; and ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Indictment, the firearms alleged in that Count, that is, the following firearms: Bersa Thunder, .380 caliber pistol, serial #959068; Bersa Thunder, 9mm pistol, serial #826798; Saiga, 12 gauge shotgun, serial #08437561; Remington 870 shotgun, serial #AB519881M; Marlin .357 Magnum rifle, serial #92052215; Ruger .22 rifle, serial #35342971; Ruger .357 caliber revolver, serial #17556065; Ruger .357 caliber revolver, serial #57375871; Bond Arms .45 caliber Derringer, serial #36544; Bersa Thunder .350 caliber pistol, serial #965223; and ammunition, which were involved and used in the knowing commission of that offense, are subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d)(1).

3. If, through any act or omission by the defendant, Hardy Carroll Lloyd, the property described in paragraph 2 above (hereinafter the "Subject Property"):

    a. Cannot be located upon the exercise of due diligence;

      b.    Has been transferred, sold to, or deposited with a third person;

      c.    Has been placed beyond the jurisdiction of the Court;

      d.    Has been substantially diminished in value; or

      e.    Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant, Hardy Carroll Lloyd, up to the value of the Subject Property forfeitable above pursuant to Title 18, United States Code, Sections 924(d)(1), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A True Bill,

_____
FOREPERSON

_____
ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736