```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        )
                                )
            vs.                 )  CRIMINAL NO.:  09-320
                                )
HARDY CARROLL LLOYD             )
```

## DEFENDANT'S POSITION CONCERNING
## PRE-SENTENCE INVESTIGATION REPORT

AND NOW, comes the defendant, Hardy Carroll Lloyd, by his attorney, John A. Knorr, Esquire, and JOHN KNORR LAW, and makes the following Statement of Defendant's Position Concerning Pre-Sentence Investigation Report:

1. The defense has received and reviewed the Pre-sentence Investigation Report in this matter and has no additions or corrections to the report as prepared by the probation office.

                                        Respectfully submitted,

                                        __s/John A. Knorr__
                                        John A. Knorr, Esquire
                                        Attorney for Defendant
                                        JOHN KNORR LAW
                                        1204 Frick Building
                                        437 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 261-1186
                                        Pa. I.D. 19803
                                        [jknorr@johnknorrlaw.com](mailto:jknorr@johnknorrlaw.com)