July 16, 2010

Dear Judge Diamond,

Thank you for this opportunity to speak in behalf of our son, Hardy Lloyd. Our purpose in doing this is not to excuse Hardy's misbehavior, but, rather to provide insight into important qualities of Hardy's character and to advocate for a sentencing decision that provides the psychiatric support he needs to begin the process of recovery and rehabilitation and protects his safety.

When Hardy was three years old, his behavior prompted a psychiatric evaluation which returned the diagnosis of autism. Shortly after he entered pre-school, ADHD with hyperactivity was added to Hardy's behavioral health evaluation and treated. Treatment was continued through his teen years. These are serious mental illnesses. As long as he was in therapy, he did well academically and was able to cope reasonably well socially. Hardy's more recent psychiatric evaluations have confirmed the diagnosis of autism spectrum, specifically Asperger's Syndrome.

Struggling with these mental illnesses which impair his ability to respond to social cues, Hardy had difficulty socializing with others and was placed in special education classes. He attended four different high schools and graduated on time. Without exception, his special education teachers acknowledged his intelligence and his unique approach to learning and were effective in keeping Hardy focused and learning on schedule. Hardy proved that he was not only educable but coachable having performed competitively as a member of cross country running and swimming teams.

Hardy was relatively isolated socially throughout his school years. His status as an outsider with a mental illness took its toll emotionally. He was bullied by classmates who didn't understand his behavior and, on occasion, injured physically. In middle school, a student got Hardy out of class with a forged note from the principal and punched him in the face as soon as they exited the classroom. Hardy sustained a black eye and the other student was expelled.

On numerous occasions Hardy has reached out to others in need. After a Pirates' game, we were walking to the car and Hardy, who was fifteen at the time, noticed a man who was struggling to stand up and not making much sense being escorted to a cab by a policeman. Hardy went over to help,

learned that the man was inebriated and after offering the man money to help pay for his cab ride, helped him communicate his home address to the driver.

On another occasion, when Hardy was twenty years old, a neighbor's tree was felled by a microburst pinning an elderly man beneath it. Live power lines had been pulled down by the tree and were close by. Hardy witnessed this, explained to us what had happened and asked us to call 911, He then ran to the man's aid with towels water and words of comfort. He stayed with the man until the paramedics arrived and helped them extract him from beneath the tree. After he recovered from several crushed vertebrae, the man gave Hardy a gift and a letter thanking him for his prompt and helpful response. Hardy treasures the gift and the letter.

These are just two of Hardy's many acts of kindness. Most of them have been spontaneous and show a dimension of Hardy that we cherish as parents. They demonstrate the reality of the child who has now become a troubled, yet much-loved man.

We have wanted nothing more than for Hardy to be safe and to succeed In life. From the time he was three years old, we sought professional help for him and for ourselves. We continue to receive professional help so we can support and encourage Hardy during this critical phase in his life.  It is well-documented that people with serious mental illness can recover and live a full life. Hardy is no exception.  We know what Hardy is made of and we are confident that he can recover, return to those he loves, be a joy to himself and to others, stay out of trouble and live a productive life. This will require sustained hard work on his part with professional guidance along with the continued love and support of his family, Lisa and friends.

We are in full agreement with Attorney Knorr's sentencing recommendations and hope that this information will reinforce the importance of providing Hardy with an opportunity to serve whatever time he has remaining in a safe facility in which he can receive appropriate psychiatric support.

Thank you very much for your consideration,

Jon and Jackie Lloyd

LISA M. DONATO
P.O. Box 59081
Pittsburgh, PA 15210
412-277-1435

June 6, 2010

To the Honorable Judge Diamond

Your Honor,

My name is Lisa Donato and I have been in a relationship Hardy C. Lloyd since July 2004, which will be six years this July 2010. I have shared a great deal of my life with him. I have seen Hardy at this best and at his worst and I love him unconditionally.

As you are probably already aware by now, Hardy suffers from mental illness, his diagnosis is Asperger's Syndrome. He has struggled with this mental illness from his childhood to the present day. Unfortunately there are a lot of individuals out there that form their opinion of Hardy based on the direct effects of the Asperger's which is his difficulty in relating to others, lack of social skills, his tendency to blurt out whatever is on his mind regardless of it is socially acceptable or not or what impact it may have on others, and his need to talk about and discuss the same subject matter among other things.

I have been able to see a side of Hardy that not a lot of individuals get to see that I would like to share with you. Hardy has a great sense of humor, is intelligent, thoughtful, loving, caring, gives me encouragement, proves me emotional strength and is always very tentative to my needs. Hardy has always been there to make me laugh and smile when I am feeling blue, even if he has to make a fool out of himself to do it. I had Rouen-Y-Gastric Bypass Surgery 4 years ago and as a result I get sick often. Hardy has been heaven-sent in attending to my needs when I am not feeling well. He has an incredible bedside manner, that I appreciate greatly. He has even gone as far as contacting friends ahead of time that we are going to visit, to make sure that individual's home is clean, had some refreshments and food that meet my dietary needs and made sure that the heat is a certain temperature so that I would not get ill.

I would like to share with you a few examples that will show that Hardy is a decent person to others and not just myself. On one occasion when there was someone trying to break into the apartment complex , Hardy contacted the property manager of the apartment complex immediately making them aware of the situation and gave a full description to the property management of the individual. On another occasion, in the we hours of the morning a vehicle was speeding out of control around a bad bend near the apartment complex and crashed. Hardy was the first person at the scene making sure the man in the vehicle was

okay. There was another situation where a friends girlfriend got into an argument with our friend and started beating up on our friend. Hardy tried to pull the female who was 3 to 4 times our friends size in height and weight off of our friend with no success. Seeing that our friend needed help, he contacted the local police for assistance without hesitation and cooperated completely with the police investigation. Hardy is not an evil or bad man, he a decent man that struggles on a regular basis due to mental health problems.

This who situation has caused heartache and hardships for myself and for our families and I have personally struggled without Hardy at my side. I have spoken with Hardy and he has vowed to me to make positive changes for a better future for himself, me and for family. He has also has apologized for the current situation which he is now in to me and my father. In knowing Hardy as I do, I truly believe that he is being truthful and genuine in his statement to me. I know he can accomplish this with hard work and dedication. With proper therapy, treatment, skill training and with being gainfully employed that Hardy can lead a happy, fulfilling life with me, his friends and family. I am optimistic and look forward to a day when Hardy and I can continue on our journey of life together with a family of our own.

If you need to contact me further, I can be reached at 412-277-1435. Thank you for your time Your Honor.


Sincerely,

*Lisa M Donato* (signature)

Lisa M .Donato

28th June 2010

To the Sentencing Judge, Honorable Judge Diamond,

My name is Joshua Dean Roy, and I have known Hardy Lloyd for the last 4 years. I met Hardy during a time when I was in need of personal guidance and advice and I found Hardy's dialogue to be incredibly helpful in shaping the direction I would take my future.

Since meeting Hardy, I have found him to be an incredibly generous and trustworthy individual, one who is constantly seeking to better himself and to improve the quality of his larger community. Hardy opened his door and his life to me, and he expressed through his example that hard work and determination, personal betterment and loyalty were far better paths than the one I was previously on. I have known Hardy to open his home to even the most troubled individuals showing them that generosity and charity are among the virtues that have made our nation great and are still alive in this world. Hardy is a loyal partner to Lisa; he treats her like she is the very center of the universe, since he has been away I have watched as she struggles to live away from him. He is a loyal son to his parents, remaining in constant communication with them and ensuring that they are doing well. I have been with him to his father's home on many occasions and I can assure you that from that home he learned a great many decent qualities which have remained in him throughout the entirety of his life.

The quality about Hardy that impresses me the most is the way he is constantly improving upon himself and the understanding that he has of the world around him. Since I have known Hardy, I have watched him struggle with many major issues, of which each has challenged him to refine and improve upon his character, leading him to a better understanding of his environment and to a more virtuous personal character. While Hardy and I may not see eye to eye on every issue, I applaud the process through which he tackles the major philosophical issues facing us in this modern era and the prudence and temperance he shows in his approach to most issues. I believe as Ben Franklin that any of us improved a bit each day could become virtuous, and I believe that Hardy is on a path to personal greatness.

I am aware of the charges against Hardy Lloyd and of the other issues involved in this case. None of this has altered my opinion that Hardy Lloyd is a very decent human being, one I would trust with my welfare and property, and one I believe will only grow in virtue as he progresses through life.

I can be contacted at 412-961-4239 should you need to reach me.

Sincerely,

*Joshua Dean Roy*

June 22, 2010

To the Sentencing Judge, Honorable Judge Diamond,

Your Honor,

I am writing you today regarding Hardy Lloyd. My name is Eugene Donato, father of Lisa Donato. I have been employed for JVC Chujko for 14 years as the Lead Truck Driver and have resided in Pennsylvania my entire life. I have known Hardy Lloyd for over 4 years through my daughter Lisa Donato. Lisa and Hardy have been in a committed relationship since 2004.

I can confirm that Hardy and his family are good people, they are a very caring, and a kindhearted family. Hardy has always showed great care and concern for both me and my daughter's well-being and overall happiness. Hardy has unique sense of humor, likes to have a good time, and is a animal lover. Hardy takes great care with their 2 cats and tends to all my daughters needs, is extremely devoted and protective of my daughter.

We have shared some holidays together with Hardy's family, gone to dinners together, have gone to karaoke together and have had other outings together and had a good time. I always enjoy spending time with my daughter and Hardy. Hardy is an odd man, yet always has the ability to make me laugh and shake my head. It is through sharing time together with Hardy that I can confirm that his mental health has caused him difficulty in relating and interacting with others, causes him difficulty to think before blurting out something and causes him to crave attention both positive and negative regardless of how it may impact others.

Hardy has advised me of the charges, has personally apologized to me for the situation & circumstances which he now finds himself and has told me he wants to straighten things out for a better life for himself and Lisa. My opinion of him has not changed, I still feel he is a good guy, that is out of the ordinary, a little odd, and struggles with things due to mental health issues.

I personally feel that with the support system Hardy has around him with Lisa, his family, myself, with therapy, treatment, job skill training and a job, Hardy will do fine.


Sincerely,

*[signature]*

Eugene Donato

5-17-10

To whom it May Concern:

    This letter is regarding the character of Mr. Hardy Lloyd. I know Hardy through his wife, Lisa Donato, who is my best friend and is also like a sister to me. I have known Lisa Donato for the past 4 ½ to 5 years give or take. Although this letter is in regards to Hardy Lloyd's character, I must say that Lisa is an extremely caring and good natured women who I feel would not be with Hardy if she did not see something special within him.

    I have talked with Hardy several times by telephone between 2004 through 2006 and he seemed to be a very intelligent, humorous, and passionate man that loves and cherishes his wife, Lisa, very deeply. He is constantly concerned for her well being and safety and you can clearly see that loves her very much. When I was living in South Carolina, I came back to Pittsburgh to visit family and friends, I can not recall the date, and had gone out with Lisa and Hardy to lunch. I was having difficulty with my marriage at the time. Hardy was considerate, kind, understanding and listened to my complaints, and problems that I was going through at the time. Hardy was sincere about his concern for me and offered me advice and suggestions on getting through that rough period of time with my husband. Hardy gave me positive reassurance that I would get through that difficult time in my life. I appreciate his concern and thoughtfulness towards me. I know if there is ever a problem or if I just need someone to talk to, that I can count on Hardy and Lisa to be there for me.

    I have 2 son's who have both been diagnosed with ADHD. As a result , I understand the daily challenges Hardy must face with socializing with others, viewing the world differently and being looked down upon by the society because he is "different" and misunderstood. For a period of time I went to a Psychiatrist and also to a Psychologist to help me deal with my own person issues I was going through, so I know from personal experience that obtaining proper help/proper counseling is a very important.

    It is my opinion, that Hardy's problems arise due to having Aspberger's Syndrome. Hardy is very direct and will say whatever is on his mind, instead of thinking it through first and is always open and honest, he does not hold anything back. When speaking with Hardy it is very clear that he views and reacts to the world differently than most people. His beliefs and personal views of the world around him are unique. It is an unfortunate reality that people with any form of mental illness are misunderstood by the public due to they deal with, react to, and see the world differently than others.

    With that said, I am aware of the charge Hardy currently faces but that not change my views regarding Hardy. I have no fear of Hardy and continue to think he is a

good man. I have no problems being around Hardy. Hardy is a very bright and caring man, who has a zest for life , craves attention and happens to see and react to the world differently from everyone else in society due to having Aspberger's Syndrome.

    We all go through some sort of adversity within our life's journey and right now Hardy is struggling and is still trying to find his place in the world. It is my opinion, that Hardy is a good man that is struggling to get through life and make the best of things, just like the rest of us. The difference is Hardy has to do it with mental challenges.

    I know that Hardy can lead a productive life, have a family of his own to love and cherish with Lisa and can be productive among the public. With is sense of humor, and knowledge of history, Hardy has lot of positive things to contribute and share with society. With proper treatment, proper counseling and/or medication he will do fine.

    If you need to contact me further, I can be reached at 412-277-7954 . My mailing address is 215 Locust Street, Apartment Rear, Carnegie, PA 15106


Sincerely,

*Mrs. April Allen*

Mrs. April Allen

November 14, 2009

To whom it may concern,

This letter is to state the character of Hardy Lloyd. I have known Hardy since 1987, when I met him through his sister Hilary who became my best friend. As I am writing this letter I have tears in my eyes as well as a smile on my face. Hardy was young and very shy, he didn't say much to me but I soon realized that he loved his sister very much and was afraid that I was going to occupy the time that they usually spent together. Over the next years I had the opportunity to know Hardy better as I was spending more time with his family. I went on vacations including skiing in Utah, as well as many other places with them and was over at their house frequently. Through all this contact he has made me laugh harder than I think anyone else has. Hilary and I still have many good laughs from what Hardy has done or said over the years.

The more time that I spent with Hardy I noticed that he was extremely interested in history. This interest is what has caused him his greatest problems. Hardy is an extremely intelligent and kind person, but his Aspergers Syndrome has caused him not to be able to channel his interests into a productive manner. Throughout the years Hardy has become extremely obsessive, and persistent in his beliefs, which has in turn caused him to become impulsive and become involved in activities that were not appropriate.

Throughout the years I have known Hardy I have seen him at his best and close to his worst. Being a teacher, he has helped me to be able to handle the children that I come in contact with that have a similar disability that Hardy does. I feel that Hardy can become a productive adult in society with the proper therapy and counseling, if he learns how to channel his great gift, the love of history in a way that is appropriate then he will be a great asset to society. He is a very loving person who I will always consider to be my little brother that I never had.

If there any further questions please feel free to contact me at 330-283-7059.

Sincerely,
Beth Cramer