IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 09-320 |
| HARDY CARROLL LLOYD | ) | |
| Defendants | ) | |

HEARING ON   SENTENCING

Before   JUDGE DIAMOND

Margaret E. Picking, AUSA _____    John A. Knorr, Esq. _____

Appear for Plaintiff    Appear for Defendant

Hearing Begun   8/3/10   11:30 a.m.    Hrg Adjourned to

Hrg concluded C.A.V.   12:20 p.m.    Stenographer   Patricia Sherman

WITNESSES

For Plaintiff                                          For Defendant

Court adopted tentative findings dated 7/27/10 as final findings & rulings; D presented testimony of Anthony Mastroianni; D's counsel spoke on his behalf; AUSA presented gov't's position on sentencing; Court discussed factors relevant to sentencing under 18 USC §3553(a); Court sentenced D as follows: 30 months imprisonment to be followed by 3 years supervised release upon conditions stated on the record; D shall pay $100 special assessment; No fine; D was advised of appellate rights; Court granted gov't's motion for forfeiture of firearms identified in indictment