**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED P 12:30

2009 DEC -4 PM 4:20

CLERK
US DISTRICT COURT

UNITED STATES OF AMERICA )
                         )
v.                       )   Criminal No. 09-320
                         )   [UNDER SEAL]
HARDY CARROLL LLOYD      )

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Hardy Carroll Lloyd, Year of Birth: 1978, Race: White, Sex: Male.

2. Detained by: Allegheny County Jail, 950 Second Street, Pittsburgh, PA 15219.

3. Detainee is charged in this district Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(1).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a hearing at Pittsburgh, Pennsylvania on December 14, 2009, at 10:00 AM, and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

6. The Warden of the Allegheny County Jail, Pittsburgh, Pennsylvania has no objection to the granting of this petition.

*Margaret C. Picking*
MARGARET E. PICKING
Assistant U.S. Attorney
PA ID No. 28942

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

12/8/09
DATE

UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

2010 AUG -5 AM 8:32
US DISTRICT CLERK
FILED

---

CERTIFIED FROM THE RECORD
Date 12/9/09
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

ORIGINAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ...1... DAY OF ...DEC..., 20.07... BY TAKING CUSTODY OF ...Clark... AT ...ACJ............ TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ...A.J................ ON THE ...14. DAY OF ...Dec........ 20 .0.5....

..................................................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................................
DEPUTY U.S. MARSHAL


EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ...3... DAY OF ...AUG..., 20.10. BY TAKING CUSTODY OF ...Clark... AT ...ACJ (WILT) TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ...USMS AND RET. TO ACJ... ON THE ...3rd DAY OF ...AUG.... 20 /.0....

...FITZGERALD........................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..................................................
DEPUTY U.S. MARSHAL