IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.: 09-320 |
| ) | |
| HARDY CARROLL LLOYD ) | |

**MOTION FOR CLAFIFICATION OF INTENTION IN IMPOSING SENTENCE**

AND NOW, comes the defendant, Hardy Carroll Lloyd, by his attorney, John A. Knorr, Esquire, and JOHN KNORR LAW, and makes the within Motion and in support thereof, avers as follows:

1. The defendant is Hardy Carroll Lloyd who was previously arrested on a Commonwealth of Pennsylvania state probation violation in connection with a prior conviction for violating the Pennsylvania Firearms Act.

2. The defendant was arrested and incarcerated at the Allegheny County Jail on May 27, 2009 as a result of these alleged violations, which violations included an allegation that the defendant was in possession of numerous firearms and ammunition, all in violation of the conditions of his probation.

3. On November 23, 2009, the defendant was arrested on a federal warrant based on a criminal complaint alleging one count of Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §922(g)(1).

4. The defendant entered a plea to a one count indictment in this matter at the above number and term and was sentenced by this Honorable Court on August 3, 2010 to a term of incarceration

of 30 months, to be followed by a period of supervised release of three years.

5. Thereafter, the defendant was returned to state custody to await sentencing for his state probation detainer.

6. On May 11, 2011, the Honorable Lawrence J. O'Toole of the Court of Common Pleas of Allegheny County imposed a sentence of not less than two nor more than four years and gave the defendant credit for 715 days that he had previously served in the Allegheny County Jail.

7. Thereafter, the defendant was transferred to the State Correctional Institution at Camp Hill for classification and the defendant is presently incarcerated at the State Correctional Institution at Fayette where it is believed and therefore averred that he is housed in the mental health unit. This defendant, as can be further referenced in the Presentence Investigation Report, has a long-standing history of mental illness for which his father, Jon C. Lloyd, M.D., FACS, has consistently sought to secure treatment during the course of his son's incarceration.

8. It is believed and therefore averred that the defendant will "max out" on his state sentence on either May 23, 2013, or May 27, 2013.

9. It is believed and therefore averred that the federal authorities (Bureau of Prisons/Marshall's) have lodged a federal detainer against the defendant which, if properly effectuated, would result in the defendant being remanded to the Bureau of Prisons for classification and eventual assignment of a presumptive release date.

10. At the time of this Court's imposition of sentence on August 3, 2010, the Court indicated a recommendation to the Bureau of Prisons that the defendant be housed in a facility that could provide ample mental health treatment.

11. Because of the order in which the federal sentence and state sentence were imposed and because of the order in which custody between the sovereigns was exchanged, it is believed and therefore averred that an argument could be made that it was this Honorable Court's intention that the defendant serve a period of incarceration in a federal institution commencing August 3, 2010 and that said sentence should take priority over any sentence subsequently imposed by state authorities.

12. It is believed and therefore averred that the Bureau of Prisons will be assisted by some indication from this Member of the Court of the Court's intention relative to how the defendant's federal and state sentences should have run.

WHEREFORE, it is respectfully requested that this Honorable Court express by a written order of court clarifying its intention relative to the imposition of sentence imposed on August 3, 2010.

                                Respectfully submitted,

                                __s/John A. Knorr_____
                                John A. Knorr, Esquire
                                Attorney for Defendant
                                JOHN KNORR LAW
                                1204 Frick Building
                                437 Grant Street
                                Pittsburgh, PA 15219
                                (412) 261-1186
                                Pa. I.D. 19803
                                jknorr@johnknorrlaw.com