PROB 12B
(pawp 1/12)

# UNITED STATES DISTRICT COURT
for the
**Western District of Pennsylvania**

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:    Hardy Carroll Lloyd            Case Number: 0315 2:09CR00320-001

Name of Sentencing Judicial Officer:    Gustave Diamond, Senior U.S. District Judge

Date of Original Sentence:    8/4/2010

Original Offense:    18 U.S.C.§922(g)(1), Possession of a Firearm by a Convicted Felon

Original Sentence:    30 months imprisonment, followed by 3 years' of supervised release.

Special Conditions:    See Judgement Order

Prior Court History:    None

Type of Supervision:    TSR            Date Supervision Commenced:    8/25/2015

**PETITIONING THE COURT**

☐ To extend the term of supervision for             years, for a total term of            years.

☒ To modify the conditions of supervision as follows:

**No Computer Allowed/Internet Access Prohibited**-The defendant shall not purchase, possess, or use a computer, a cell phone with internet access, or other electronic devices capable of storing, recording or replaying electronic media or data files, at any location, including his place of employment or education. Furthermore, the defendant shall not access any internet service provider, bulletin board system or any other public or private computer network or service at any location. The defendant shall consent to periodic inspection by the probation or pretrial services officer of any cell phone possessed by the defendant to ensure compliance with this condition. The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court

**Computer Search**-The defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment, to a search, conducted by a United States probation or pretrial services officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

CAUSE

On September 9, 2015, and October 1, 2015, our office received information from the Borough of Dormont Police Department revealing that Mr. Lloyd set up a blog page at www.thehellenicprophet.blogspot.com. On this blog page Mr. Lloyd refers to himself as "The Prophet." He wrote on September 23, 2015, that "We are preparing for the downfall of the infidel world,". In addition, he states that individuals who circumcise their newborns must be murdered. I have attached a small sample of some of his writings for Your Honor's review. A mental health assessment was conducted on October 16, 2015. Our office is awaiting the results of that evaluation. Our office consulted with the AUSA's office and they are in agreement with the proposed modification.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by: _____
Odom, Charmaine
United States Probation Officer

Approved By: _____
Clark, Romona
Supervising U.S. Probation Officer

Date: _____10/20/2015_____

---

THE COURT ORDERS:
☐ No action
☐ The extension of supervision as noted above.
☐ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall not purchase, possess, or use a computer, a cell phone with internet access, or other electronic devices capable of storing, recording or replaying electronic media or data files, at any location, including his place of employment or education. Furthermore, the defendant shall not access any internet service provider, bulletin board system or any other public or private computer network or service at any location. The defendant shall consent to periodic inspection by the probation or pretrial services officer of any cell phone possessed by the defendant to ensure compliance with this condition. The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court.

2. The defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment, to a search, conducted by a United States probation or pretrial services officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

Witness: _____  Signed: _____
           Charmaine Odom                        Hardy Carroll Lloyd
  United States Probation Officer        Probationer or Supervised Releasee

                         10/16/2015
                           Date