PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Hardy Carroll Lloyd | Docket No.2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Date of Original Sentence: | August 3, 2010 | |
| Original Offense: | 18 U.S.C§922(g)(1), Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: August 25, 2015 |
| Prior Court History: | 10/20/2015: Defendant signed Request for Modifying the Conditions or Term of Supervision signed by Judge Diamond | |

### PETITIONING THE COURT

☒ To Issue a Warrant              ☐ To Issue a Summons
☐ To Schedule a Show Cause Hearing   ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER    NATURE OF NONCOMPLIANCE

1. **No Computer Allowed/Internet Access Prohibited.**

   On October 20, 2015, the defendant signed a modification of his supervision agreeing to have no access to any internet service provider, bulletin board system or any other public or private computer network or service at any location. On July 15, 2016, this officer received intel from the Pittsburgh Police Department that the defendant is posting blogs on his Facebook on how he is planning "ambushes" against the Pittsburgh police. In addition, the defendant is posting tips on how to be a "lone wolf."

2. **Defendant shall not host a website at any time while he is under supervision.**

   On July 15, 2016, this officer received information from the Pittsburgh police Intelligence Office stating that the defendant has an active Facebook page and that he recently made changes to his Facebook profile on June 4, 2016.

3. **The defendant shall not commit another federal, state or local crime.**

   According to a police report filed on July 1, 2016, by the City of Pittsburgh Police, the defendant was charged with Harassment. It is alleged that the defendant posted a threatening blog about an individual. The victim indicated that a white supremacist group whom the defendant is allegedly involved posted a picture of the victim and his wife trying to get the victim's address because the victim allegedly is according to the defendant " a bigot promoting anti-white hate and doesn't have the balls to face anyone in person." The police are continuing to investigate this case.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Charmaine Odom
U.S. Probation Officer

Approved By: _____
Wendy M. Brown
Supervisory U.S. Probation Officer

Date: 7/15/2016

**THE COURT ORDERS:**

☐ No Action
☒ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☒ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
Gustave Diamond, Senior United States District Judge
7-15-16
Date

Lisa Pupo Lenihan
U.S. Magistrate Judge