PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Supplemental Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Hardy Carroll Lloyd | Docket No.2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Date of Original Sentence: | August 3, 2010 | |
| Original Offense: | 18 U.S.C§922(g)(1), Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: August 25, 2015 |
| Prior Court History: | 10/20/2015: Defendant signed Request for Modifying the Conditions or Term of Supervision signed by Judge Diamond | |

## PETITIONING THE COURT

☐ To Issue a Warrant
☐ To Schedule a Show Cause Hearing

☐ To Issue a Summons
☒ Other: Requesting that the information provided in this report be incorporated as part of the previous petition and made a part of the record in the case on July 15, 2016

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER   NATURE OF NONCOMPLIANCE

1. **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

   On July 26, 2016, Your Honor agreed to allow our office to conduct a search of the defendant's residence. On August 1, 2016, a search was conducted by our search and seizure team. During this search, the team seized various long bladed knives, a plastic long bladed knife that would not be detected by a metal detector, numerous containers of Mace, a brand of pepper spray, and a Blackjack, a hand weapon typically consisting of a piece of leather-enclosed metal with a strap or springy shaft for a handle; which is considered a prohibited offensive weapon (M1). These items were seized and are being held as evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____*Charmaine Odom*_____
Charmaine Odom
U.S. Probation Officer

Approved By: _____*Wendy M. Brown*_____
Wendy M. Brown
Supervisory U.S. Probation Officer

Date: _____8/3/2016_____

## THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☒ Other
Requesting that the information provided in this report be incorporated as part of the previous petition and made a part of the record in the case on July 15, 2016.

_____
Gustave Diamond, Senior United States District Judge

_____
Date