PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Second Supplemental Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Hardy Carroll Lloyd | Docket No.2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Date of Original Sentence: | August 3, 2010 | |
| Original Offense: | 18 U.S.C§922(g)(1), Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: August 25, 2015 |
| Prior Court History: | 10/20/2015: Defendant signed Request for Modifying the Conditions or Term of Supervision signed by Judge Diamond | |

## PETITIONING THE COURT

☐ To Issue a Warrant
☐ To Schedule a Show Cause Hearing

☐ To Issue a Summons
☒ Other: Requesting that the information provided in this report be incorporated as part of the previous petition and made a part of the record in the case on July 15, 2016

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER   NATURE OF NONCOMPLIANCE

1. **The defendant shall not commit another federal, state or local crime.**

   On July 27, 2016, the Pittsburgh Police issued a warrant for the defendant's arrest charging him with 1 count of Harassment (M3). It is alleged that the defendant posted a threatening blog about the victim in this case. The blog was concerning a "White Rally" that was to be held at Frick park. The blog also contained a picture of the victim and his wife. According to the police report, the defendant made attempts to get the victim's personal information because the victim allegedly is according to the defendant, "a bigot promoting anti-white hate and doesn't have the balls to face anyone in person."

2. **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

   Information received from the Pittsburgh Police indicates that on July 10 and July 14, 2016, the defendant had contact with Matthew Hale, a federal inmate currently incarcerated at FCT-Terre Haute. Inmate Hale, a former white supremacist leader, was convicted of Obstruction of Justice and Solicitation of a Crime of Violence. He was sentenced to 40 years imprisonment for attempting to solicit the services of a FBI informant to kill a federal judge.

Offender: Hardy Carroll Lloyd
Docket No.2:09CR00320
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____Charmaine Odom_____
Charmaine Odom
U.S. Probation Officer

Approved By: _____Wendy M. Brown_____
Wendy M. Brown
Supervisory U.S. Probation Officer

Date: _____8/11/2016_____

## THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☒ Other
Requesting that the information provided in this report be incorporated as part of the previous petition and made a part of the record in the case on July 15, 2016.

_____
Gustave Diamond, Senior United States District Judge

_____
Date