IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Criminal No. 09-320 |
| ) | |
| HARDY CARROLL LLOYD          ) | |

MEMORANDUM ORDER

AND NOW, this 16th day of August, 2016, following the supervised release violation hearing held this day at which defendant admitted on the record that he violated the condition of supervision that he shall not possess a dangerous weapon, that he shall not access a computer or the internet, that he shall not host a website and that he shall not associate with a person convicted of a felony as set forth in the pending supervised release violation petitions (Document Nos. 81, 96 and 100), the court finds by a preponderance of the evidence that defendant violated said conditions of supervised release.

The court further finds that defendant's possession of a dangerous weapon is a Grade B violation of the terms of supervised release under U.S.S.G. §7B1.1(a)(2), defendant's other violations of supervised release constitute Grade C violations under U.S.S.G. §7B1.1(a)(3)(B), and the record does not warrant a disposition outside the Guidelines range set forth in U.S.S.G. §7B1.4, which range is advisory, but has been considered by this court in fashioning an appropriate sentence as required by United States v. Booker, 543 U.S. 220 (2005).

AO 72
(Rev. 8/82)

Accordingly, IT IS ORDERED that the term of supervised release previously imposed upon defendant by the Judgment dated August 3, 2010 (the "August 2010 Judgment") is revoked, and he is sentenced to a term of 14 months imprisonment, which the court recommends he serve at FMC Devens so that he may receive appropriate mental health treatment. Upon release from imprisonment, defendant shall be placed on supervised release for 22 months upon the same conditions originally imposed by the August 2010 Judgment.

*Gustave Diamond*
Gustave Diamond
United States District Judge

cc: Stephen R. Kaufman
Assistant U.S. Attorney

Jay J. Finkelstein
Assistant Federal Public Defender

Federal Bureau of Prisons
United States Marshal
United States Probation

CERTIFIED FROM THE RECORD
08/16/2016
ROBERT V. BARTH JR., CLERK
*Kristie Weffington*
Deputy Clerk

AO 72
(Rev. 8/82)