PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Hardy Carroll Lloyd | Docket No.:2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Date of Original Sentence: | August 3, 2010 | |
| Original Offense: | 18 U.S.C.§922(g)(I), Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: July 21, 2017 |
| Prior Court History: | Date of Revocation: August 16, 2016 | |
| Revocation Sentence: | 14 Months of Bureau of Prisons; 22 Months of Supervised Release | |

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

The defendant is permitted to possess or use a computer and is allowed access to the Internet. However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to access social networks (i.e...Facebook, twitter, snapchat) chatrooms, blogs, or to communicate with any individual or group for the purpose of promoting terrorism. The defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. The defendant shall pay the monitoring costs as directed by the probation or pretrial services officer. Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation.

If the defendant's employment requires the use of a computer, the defendant may use a computer in connection with the employment approved by the probation or pretrial services officer, provided the defendant notifies their employer of the nature of the conviction or charge. The probation or pretrial services officer shall confirm compliance with this notification requirement.

Offender: Hardy Carroll Lloyd
Docket No.:2:09CR00320
Page 2

The defendant shall provide the U.S. Probation Office with accurate information about the defendant's entire computer system (hardware or software) and other electronic communication or data storage devices or media to include all passwords used and the name of the Internet Service Provider(s). The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court.

## CAUSE

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: ___/s/___   Patrick Sumansky
                2017.08.07 13:10:50 -04'00'
Patrick Sumansky
U.S. Probation Officer

Approved By: _Wendy M Brown_   Wendy M Brown
                                2017.08.07 11:26:46 -04'00'
Supervisory U.S. Probation Officer

Date: 8/7/2017

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☐ The Modification of conditions as noted above
☐ Other

_____
United States District Judge

_____
Date

PROB 49
(3/89)

# United States District Court

### Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant is permitted to possess or use a computer and is allowed access to the Internet. However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to access social networks (i.e...Facebook, twitter, snapchat) chatrooms, blogs, or to communicate with any individual or group for the purpose of promoting terrorism. The defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. The defendant shall pay the monitoring costs as directed by the probation or pretrial services officer. Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation.

2. If the defendant's employment requires the use of a computer, the defendant may use a computer in connection with the employment approved by the probation or pretrial services officer, provided the defendant notifies their employer of the nature of the conviction or charge. The probation or pretrial services officer shall confirm compliance with this notification requirement.

3. The defendant shall provide the U.S. Probation Office with accurate information about the defendant's entire computer system (hardware or software) and other electronic communication or data storage devices or media to include all passwords used and the name of the Internet Service Provider(s). The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court.

Witness: _____  Signed: _____
Patrick Sumansky                                  Hardy Carroll Lloyd
United States Probation Officer         Probationer or Supervised Releasee

_____
8/8/17
Date