IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                               )
          v.                ) Criminal No. 09-320
                               )
HARDY LLOYD                )

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Federal Public Defender's Office, through Assistant Federal Public Defender Jay J. Finkelstein, respectfully moves the Court to withdraw as counsel of record in the above referenced matter and for the appointment of substitute counsel. In support thereof counsel states as follows:

1. On September 18, 2017, the Federal Public Defender's Office, Assistant Federal Public Defender Jay J. Finkelstein, was appointed to represent Mr. Lloyd in the above-captioned case.

2. The Federal Public Defender's Office has a conflict of interest in this matter which precludes it from continuing to represent Mr. Lloyd. As such, counsel moves to withdraw and requests that new counsel be appointed to represent Mr. Lloyd.

WHEREFORE, Assistant Federal Public Defender Jay J. Finkelstein, respectfully moves this Court for leave to withdraw as counsel of record in this matter and to appoint substitute counsel.

Respectfully submitted,


**s/ Jay J. Finkelstein**
Jay J. Finkelstein
Assistant Federal Public Defender
Attorney I.D. No. 42943