PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## (Amended) 3rd Supplemental Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | |
|---|---|
| Offender: | Hardy Carroll Lloyd                                            Docket No.:2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge. Reassigned to Arthur J. Schwab United States District Judge |
| Date of Original Sentence: | August 3, 2010 |
| Original Offense: | Possession of a firearm by a convicted felon |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software |
| Type of Supervision: | Supervised Release                            Date Supervision Commenced: July 21, 2017 |
| Prior Court History: | 8/16/2016; TSR revoked. |
| | 8/9/2017; Order; Conditions Modified to include computer monitoring |
| | 9/15/2017: Order; Petition for Warrant or Show Cause |
| | 9/18/2017: Order; Supplemental Petition for Warrant or Show Cause |
| | 9/19/2017: Order; 2nd Supplemental Petition for Warrant or Show Cause |

**PETITIONING THE COURT**

☐ To Issue a Warrant                              ☐ To Issue a Summons
☐ To Schedule a Show Cause Hearing     ☒ Other

Reference is made to the previous 2nd Supplemental Petition Action dated September 19, 2017 represented at number 122 of the docket. In the Petition, the Probation Office cites a "Violation Number 3- The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device or any other dangerous weapons." The nature of non-compliance refers to a search conducted at the defendant's home in which Mr. Lloyd was found to be in possession of dangerous weapons on August 10, 2017. This was a clerical error. It should be noted that the Probation Office conducted the search on September 15, 2017. September 15, 2017 is the corrected date.

Therefore, the Probation Office respectfully recommends to incorporate this information relative to "Violation Number 3-Nature of Non-compliance" into the 2nd Supplemental Petition Action made part of the record on September 19, 2017.

Offender: Hardy Carroll Lloyd
Docket No.:2:09CR00320
Page 2

---

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Patrick Sumansky
U.S. Probation Officer

Approved By: _____
Marcus J. White
Supervisory U.S. Probation Officer
Date: _____9/25/2017_____

**THE COURT ORDERS:**
☐ No Action
☐ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☐ Bond is at the discretion of the Magistrate Judge
☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.
☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.
☐ Other- To incorporate this information relative to "Violation Number 3-Nature of Non-compliance" into the 2nd Supplemental Petition Action made part of the record on September 19, 2017.

_____
United States District Judge Arthur J. Schwab

_____
Date