# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
                             )
                   Plaintiff )
           vs.               )     CR. No.  09-320
HARDY LLOYD                  )
                             )
                             )
                   Defendant )

PRELIMINARY HEARING ON  SUPERVISED RELEASE VIOLATION

Before U. S. Magistrate Judge  ROBERT C. MITCHELL

STOSE KAUFMAN, ESQUIRE              DAVID BERARDINELLI, ESQUIRE
~~JAMES KITCHEN~~, ESQUIRE

Appear for Plaintiff                Appear for Defendant

Hearing Begun 9/26/2017 AT 9:30 A.M.     Hearing Adjourned to

Hearing concluded C.A.V. 9/26/2017 AT 12:05pm  Stenographer BARBARA LEO
                                               CD:         Index:

WITNESSES
For Plaintiff                        For Defendant

GOVT WITNESS, PATRICK SUMANSKY, U.S. PROBATION OFFICER.
GOVT EXHIBITS 1-18 ADMITTED AND RETURNED TO GOVT AFTER HEARING.
DEFENDANT EXHIBIT #1 - FLYER FOR CAR PURCHASED BY DEFENDANT. RETURNED TO DEFENSE COUNSEL AFTER HEARING.
DEFENSE EXHIBIT #2 - E-MAIL TO ANDY THOMAN P-18/17 RETURNED TO DEFENSE COUNSEL AFTER HEARING.
DEFENSE WITNESS - DR. LLOYD (DEFENDANT'S FATHER)

DEFENSE ARGUMENT.

GOVT ARGUMENT.

PROBABLE CAUSE FOUND THAT DEFENDANT VIOLATED HIS SUPERVISED RELEASE.