IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 09-00320 (AJS) |
| HARDY CARROLL LLOYD | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

**MOTION FOR COURT APPOINTMENT OF MENTAL HEALTH EXPERT**

Mr. Lloyd, through undersigned counsel, respectfully requests that the Court appoint Ms. Sara West, under §320.20.60(i) of the Guide to Judiciary Policy, to serve as a mental health expert to, *inter alia*, evaluate Mr. Lloyd and provide expert psychiatric testimony bearing on Mr. Lloyd's potential sentence if he is found in violation of the terms of his supervised release.

1. Mr. Lloyd suffers from metal health issues. *See* PSR ¶¶44-49.

2. Mr. Lloyd's mental health and the need for treatment related to it were the reasons Judge Diamond recommended he serve his most recent sentence at FMC Devens. Doc. 104, p. 2. Unfortunately, due to a lack of resources and because Mr. Lloyd's mental health issues are not necessarily outwardly manifested, we are advised that Mr. Lloyd received little, if any, mental health treatment at FMC Devens.

3. If the Court determines that Mr. Lloyd has violated the terms of his supervised release and revokes that supervised release, in fashioning an appropriate sentence, the defense believes it will be important for the Court to have as complete a picture as possible of Mr. Lloyd's mental illness, its impact on his conduct, and the best scenarios for treatment so as not to exacerbate Mr. Lloyd's mental health issues.

4. In that regard, we would like to retain a metal health professional to examine Mr. Lloyd, issue a report if needed and, if appropriate, to testify at a sentencing proceeding.

5. With the assistance of Mr. Lloyd's father (Dr. Jon Lloyd), Dr. Jack Cahalane, Director of Out-Patient Services at UPMC-Western Psychiatric Institute and Clinic recommended that undersigned counsel contact Dr. Keith Stowell, Assistant Professor of Psychiatry at the University of Pittsburgh and a practicing mental health professional, to potentially provide expert services for Mr. Lloyd.

6. Undersigned counsel spoke with and provided some relevant background information to Dr. Stowell on or about October 5, 2017. Unfortunately, with the hearing set for November 1, 2017, Dr. Stowell was not able to provide expert service to Mr. Lloyd. He did, however, recommend a well-qualified colleague, Dr. Sara West who practices in Ohio.

7. Dr. West has experience serving as a mental health expert in court and experience with mental health issues in the criminal justice system, albeit in Ohio. Dr. West's CV is attached hereto as Exhibit 1.

8. Dr. West is both qualified to serve as an expert for Mr. Lloyd and, importantly, believes she can provide the necessary expert services in a timely manner.[1] Accordingly, we are asking that the Court authorize her to serve as a mental health expert for Mr. Lloyd.

9. Dr. West's expert services are typically charged at a rate of $400 per hour. Undersigned counsel understands that the CJA maximum rate for expert psychiatric services is $250 per hour with a maximum compensation of $2,500. It is anticipated that Dr. West's services will take much more than 10 hours. Accordingly, we are asking that the Court authorize

---

[1] Dr. West's ability to do so will, in some manner, be based on some factors that are outside of her control such as her ability to gain access to the Allegheny County Jail to meet with Mr. Lloyd.

a flat fee payment of $2,500 from CJA funds for Dr. West.[2]

WHEREFORE, Mr. Lloyd respectfully moves this honorable Court to authorize the retention of Dr. Sara West as a mental health expert based on the above terms.  A draft Order is attached hereto.


Dated: October 11, 2017                         s/ David J. Berardinelli
                                                David J. Berardinelli, Pa. ID No. 79204
                                                DEFOREST KOSCELNIK YOKITIS
                                                   & BERARDINELLI
                                                436 Seventh Avenue, 30th Floor
                                                Pittsburgh, PA 15219
                                                Telephone: (412) 227-3100

                                                *Counsel for Defendant Hardy Lloyd*

---

[2]   Any time/fees of Dr. West in excess of the $2,500 amount will be compensated by Dr. Lloyd who, although he has no obligation to do so, has agreed to provide funds in order to ensure that an appropriate mental health expert is available for Mr. Lloyd.