IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    Criminal No. 09-00320 (AJS)<br>HARDY CARROLL LLOYD )<br>)<br>Defendant )<br>)<br>)<br>) | |

## NOTICE OF ADDITIONAL EXHIBITS OR WITNESSES FOR SUPERVISED RELEASE REVOCATION HEARING

Pursuant to the parties Stipulation (Doc. 137) and the Court's Orders related to it, Mr. Lloyd, through undersigned counsel, respectfully notifies the Government and the Court of the following with regard to the hearing scheduled for December 12, 2017:

1. Mr. Lloyd does not intend to call any additional witnesses on the issue of whether or not a violation occurred.

2. Mr. Lloyd seeks admission of the following three photographic exhibits taken at his home at the time of his arrest and previously provided to the defense by the Government:

    • Defense Exhibits 3 and 4 show the sheath/case on Mr. Lloyd's belt from which the lock-blade knife that is one of the "weapons" charged in Violation 3 was recovered. The sheath/case was discussed in Probation Officer Sumansky's testimony before Judge Mitchell on page 81 of the transcript.

    • Defense Exhibit 5 shows a yellow Countywide Library Card. Such a yellow library card was discussed in Probation Officer Sumansky's testimony before Judge Mitchell on page 54 of the transcript.

3. As Defense Exhibit 6, Mr. Lloyd seeks admission of a screen shot of his phone

provided to the defense by the Government. Defense Exhibit 6 shows the website history from Mr. Lloyd's phone, including at the top "Blackthorn Shillelagh Walking …" and the website www.budk.com.

4.  Undersigned counsel has spoken to AUSA Kaufman and been advised that the Government has no objection to Defense Exhibits 3 through 6.

Dated: December 1, 2017                     s/ David J. Berardinelli
                                            David J. Berardinelli, Pa. ID No. 79204
                                            DEFOREST KOSCELNIK YOKITIS
                                               & BERARDINELLI
                                            436 Seventh Avenue, 30th Floor
                                            Pittsburgh, PA 15219
                                            Telephone: (412) 227-3100

                                            *Counsel for Defendant Hardy Lloyd*