


Info - Ordering - Returns | Contact Form

GO

Personal Defense | Pepper Spray | Tasers & Stun Guns | Police & Law Enforcement

**Best Values in Self Defense**  Share this page  Save



  

**$ Items Under $50**

Fox Labs Pepper Sprays
Bear Repellant
MACE Products
Police Sabre Mace Sprays
Stun Guns
Home Self Defense
Bug Detect Audio GPS SPY
TASER® Brand Products
Personal Defense, Alarms...
**Kitty Cat Self Defense Keychains Review**
**Unique Pepper Spray**
**Travel Safety Products**
**Kubotan/Kubaton for Self Defense**
**Retractable Batons on Sale**
**Self Defense Keychains**
**How to Booby Trap a Purse**
**Takedown Batons**
Child and Safety Products
Police Equipment -- Batons
Flashlights LED+
Books, Videos, DVDs
Ultraviolet Lights
Great Gift Ideas
Hidden Cameras
Eyeware
Lock Pick Sets and Info
Knives and Other Items
Clearance/Closeouts
Pepper Spray Info
About Fox Labs
Crime Statistics
----- Resources -----

Home >> Personal Alarms & Protection >> Push Knife Ace of Spades

## Push Knife Ace of Spades



ENLARGE

**Summary Customer Rating**
★★★★★ (5.0/5) Read Reviews (2) | Write a Review

| Item # | HA-1 |
| Availability | Usually ships the same business day |
| Price | $5.00 |
| **Sale Price** | **$3.95** |
| You Save | 21% |

Quantity: 1    ADD TO CART

☆ Bookmark / Add to Favorites
✉ Tell a Friend About This

DESCRIPTION   REVIEWS   RELATED ITEMS

**Heart Attack Plastic Push Knife Ace of Spades**

Remember how the self defense experts used to tell you to place your keys between your fingers and punch. Now there is something much better and more effective. Carry the Heart Attack on your key chain and be ready to protect yourself anytime. The Heart Attack keychain knife is small (3.5 inches long) and made of tough plastic. Hold it between you fingers and punch! Similar in nature to a kubaton, but with the additional advantage of having a sharp edge. This little unit can do serious damage and is definitely not a toy. Applied horizontally to the rib area can cause severe trauma. Use for self defense only.



**Stun Ring by Streetwise Sale**
List: $31.95
**Lowest Sale Price: $19.95**
You Save: $12.00 (38%)


**Cat Keychain Self Defense**
Cat Keychain Self Defense
List: $7.50
**Lowest Sale Price: $4.99, 2 for $9.00, 12 for $46.68, 50 for $175.00, 100 for $300.00, 200 for $550.00, 300 for $750.00, 1000 for $1,890.00, 2000 for $3,700.00, 3000 for $5,400.00, 4000 for $7,000.00**
You Save: $2.51 (33%)

Type: Pick One ▽

ADD TO CART


**Bulldog Defense Keychain - Brutus Dog Sale**
Bulldog Defense Keychain - Brutus Dog Sale
List: $7.99
**Lowest Sale Price: $4.99, 10 for $47.49**
You Save: $3.00 (38%)

Color:: Pick One ▽

ADD TO CART


**Stinger Keychain Covert Impact Weapon**
List: $9.95
**Lowest Sale Price: $7.95**
You Save: $2.00 (20%)

Color: Pick One ▽

ADD TO CART

**Door Stop Alarm**
List: $17.95
**Lowest Sale Price: $6.95**
You Save: $11.00 (61%)

Viewing: 1 Product(s)

Sign up to have news and deals delivered to your inbox!

Enter Email Address

 If you like our website please click on the +1.

We offer the best values in self defense products, non lethal weapons like pepper spray, stun guns, batons, personal alarms as well as home security alarms and child safety products.

PROTECTED BY
**COPYSCAPE**
DO NOT COPY