# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Hardy Carroll Lloyd | Docket No.:2:09CR00320 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Current Judge: | Arthur J. Schwab United States District Judge | |
| Date of Original Sentence: | August 3, 2010 | |
| Original Offense: | Possession of a Firearm by a Convicted Felon | |
| Original Sentence: | 30 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Substance Abuse Testing, Mental Health Treatment, Computer/Internet Restrictions, Computer Search, Search/Seizure, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: August 24, 2018 |
| Prior Court History: | Date of Revocation: August 16, 2016 | |
| Revocation Sentence: | 14 Months of Bureau of Prisons; 22 Months of Supervised Release | |
| Date of Revocation: December 12, 2017 | | |
| Revocation Sentence: | 13 Months of Bureau of Prisons; 9 Months of Supervised Release | |

## PETITIONING THE COURT

☑ To Issue a Warrant
☑ Petition and Warrant sealed until arrest
☐ To Schedule a Show Cause Hearing
☑ No Bond is set
☐ To Issue a Summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

The defendant is permitted to possess or use a computer and is allowed access to the Internet. However, the defendant is not permitted to use a computer, or other electronic communication. or data storage devices, including a cell phone, to access social networks (i.e...Facebook, twitter, snapchat) chatrooms, blogs, or to communicate with any individual or group for the purpose of promoting terrorism. The defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. The defendant shall pay the monitoring costs as directed by the probation or pretrial services officer. Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation.

On April 4, 2019, while reviewing the defendant's monitored smart phone, United States Probation Officer Gawlinski observed several posts by the defendant on a blog which referenced a free speech ban in Europe and another that referenced an assault weapons ban law passed by the Pittsburgh City Counsel. In these posts, dated April 2 and April 3, 2019, respectively, he made statements of "Anyone who supports such laws must be targeted, and their families murdered. Lone Wolves GET BUSY! ROHOWA!" The other post regarding the assault weapons ban said, "HARDY'S NOTE: PA's constitution is more liberal than the US one on self-defense rights. This kike bollocks should get shot down. If not, well, disobey and kill, my Lone Wolves. Target: Jewhill!"

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
David Danko
U.S. Probation Officer

David J. Danko
2019.04.18
13:05:01 -04'00'

Approved By: _____
Romona Clark
Assistant Deputy Chief U.S. Probation Officer

Romona Clark
2019.04.18 13:08:38 -04'00'

Date: 4/18/2019

**THE COURT ORDERS:**

☐ No Action

☒ The Issuance of a Warrant and:

  ☐ Petition and Warrant sealed until arrest

  ☒ No Bond is set

  ☐ Bond is set at _____

  ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised releasee) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
Arthur J. Schwab, United States District Judge

4-18-2019
Date