# UNITED STATES DISTRICT COURT
## Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HARDY CARROLL LLOYD | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 09-320<br>USM No. 30707068<br><br>Patrick M. Livingston<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1__  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant is permitted to possess or use a computer and is allowed access to the Internet. However, the defendant is not permitted to use a computer, or other electronic communication, or data storage devices, (see page 2) | 04/04/2019 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: 4793 | 08/15/2019<br>Date of Imposition of Judgment |
| Defendant's Year of Birth: 1978 | *[signature]*<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Pittsburgh, PA | Arthur J. Schwab, United States District Judge<br>Name and Title of Judge<br><br>08/15/2019<br>Date |

DEFENDANT: HARDY CARROLL LLOYD
CASE NUMBER: 09-320

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | including a cell phone, to access social networks (i.e. Facebook, twitter, snapchat) chatrooms, blogs, or to communicate with any individual or group for the purpose of promoting terrorism. | |

Judgment — Page 3 of 3

DEFENDANT: HARDY CARROLL LLOYD
CASE NUMBER: 09-320

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months with no supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant have a mental health evaluation and recieve treatment.
While serving his sentence, Defendant be returned to the Renewal Center, Inc. so that he may receive treatment.
Defendant be incarcerated Elkton Federal Correctional Institution.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL